```
 1  TIFFANY & BOSCO
          P.A.
 2  EDWARD J. FETZER, ESQ. (199879)
    THERON S. COVEY, ESQ. (246746)
 3  1230 Columbia Street, Suite 680
    San Diego, CA  92101
 4  Phone: (619) 501-3503
    ejf@tblaw.com
 5
 6  Attorney for Bank of America, N.A.
    File # 15-80064
 7
 8              UNITED STATES BANKRUPTCY COURT
 9        Northern District Of California – OAKLAND DIVISION
10
11  In Re:                              CASE NO.: 15-40232
12  Michael Shane Shaffer dba           CHAPTER 13
    Shaffer's Off Road and
13  Performance and Melonie Herceg      RS NO. EJF-1
    Shaffer fka Melonie Herceg,
14           Debtor(s).
                                        "AMENDED" STIPULATION
15  _____     TERMINATING THE AUTOMATIC STAY
16  Bank of America, N.A.
                  Movant,
17  v.
18  Michael Shane Shaffer dba
    Shaffer's Off Road and
19  Performance and Melonie Herceg
    Shaffer fka Melonie Herceg,
20  Debtor(s); Martha G. Bronitsky,
    Trustee; et al.
21
22           Respondents.
23  _____
24       This Stipulation is entered into by and between Debtor(s)
25  Michael Shane Shaffer and Melonie Herceg Shaffer (hereinafter
26  "Debtor" or "Debtors") and Secured Creditor Bank of America, N.A.
27  (hereinafter "BANA") by and through their respective attorneys of
28  record.
```

IT IS HEREBY STIPULATED AND AGREED that the Automatic Stay in the above-entitled Bankruptcy case is immediately terminated for all purposes as to Secured Creditor, Bank of America, N.A. and/or successors in interest with respect to Debtors' **2009 Volkswagen Jetta, VIN. 3VWAL71K89M027409.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be binding in any conversion of the subject bankruptcy proceeding.

IT IS SO STIPULATED.

DATED: 4/3/ 2015

/s/ Matthew M. Spielberg
Matthew M. Spielberg
Attorney for Debtor(s)

DATED: 04/02/2015

/s/ Edward J. Fetzer
Edward J. Fetzer, Esq.
Attorney for Movant
TB File # 15-80064